No. 10083. STATE OF MONTANA ex rel. JOHN W. BLACK, W. G. RAGEN, JOE C. KING, MELVIN J. PETERSON, A. O. WILSON and MANLY A. MOORE, individually and as the MONTANA LIVESTOCK SANITARY BOARD of the State of Montana, RELATORS, *v.* A. G. LEE, RESPONDENT.

Submitted September 10, 1959.

Decided September 11, 1959.

344 Pac.(2d) 144.

*Robert J. Emmons,* Great Falls, for relators.

*Hugh Lemire,* Miles City, for respondent.

PER CURIAM.

It appearing that the legal question here presented is involved in an action now pending in the district court and this court has adequate means to expedite an appeal, should one be taken, from the judgment of the district court in such action, we see no reason to accept jurisdiction of this matter at this time. The petition is therefore denied.